**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

JODY RANDAL DAVIS,                         )
                                           )
                Plaintiff,                 )
                                           )
        v.                                 )        No. 4:26-CV-00786-SPM
                                           )
GREENE COUNTY STATE                        )
PUBLIC DEFENDER'S OFFICE,                  )
                                           )
                Defendants.                )

## OPINION, MEMORANDUM AND ORDER OF TRANSFER

This matter is before the Court upon review of the Complaint filed by self-represented Plaintiff Jody Randal Davis, an inmate at the Greene County Jail in Springfield, Missouri. For the reasons explained below, this case will be transferred to the United States District Court for the Western District of Missouri.

Plaintiff brings this case under 42 U.S.C. § 1983, against the Greene County State Public Defender's Office. [ECF No. 1]. Plaintiff alleges that when he was arrested in Greene County, Missouri, in November of 2025, Samuel Jones, whom he was living with at the time, was never charged with raping him. Greene County, Missouri, where Plaintiff was arrested, is within the boundaries of the Western District of Missouri. *See* 28 U.S.C. § 105(b)(5).

Under 28 U.S.C. § 1391(b), a civil action of this type may be brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section,

any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Here, Plaintiff's claims arise entirely from events which occurred in the Western District of Missouri. Therefore, the Court concludes that it is in the interest of justice to transfer this case to the United States District Court for the Western District of Missouri for all further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of Missouri. *See* 28 U.S.C. § 1404(a).

Dated this 21st day of May, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE